■ Rosina VanZelf, Respondent, v Robert B. Shaad, Appellant.—Motion granted and appellant is directed to perfect the appeal upon a full record or a more complete appen-

dix containing the testimony necessary to consider the issues raised by respondent, including whether the findings are against the weight of the evidence. *(See,* Siegel, Practice Commentaries, McKinney's Cons Laws of NY, Book 7B, CPLR 5528; 22 NYCRR 1000.5 [c] [2].) Present—Callahan, J. P., Boomer, Green, Pine and Davis, JJ.